UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENEVIEVE MAHONEY,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No.22-cv-02873-AMO

**JUDGMENT**

On February 20, 2025, the Court granted Defendant Meta Platforms, Inc.'s motion to dismiss with prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 20, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**